IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ROMELLE MATTHEWS, TIMOTHY R. CAMPBELL,**
**JESSE ANDERSON and JEREMY DUBOIS**            **PLAINTIFFS**

**v.**         **CAUSE NO.:1:10cv286-SA-DAS**

**CITY OF WEST POINT, MISSISSIPPI**            **DEFENDANT**

### ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) Defendant's Motions for Summary Judgment [50, 52, 55, 59] are GRANTED in part and DENIED in part;

(2) The Motion for Summary Judgment [52] as to Plaintiff Dubois is DENIED in its entirety;

(3) The Motion for Summary Judgment [50] as to Plaintiff Campbell is DENIED in its entirety;

(4) The Motion for Summary Judgment [59] as to Plaintiff Mathews is GRANTED in part and DENIED in part:

    a. The motion is DENIED as to Plaintiff Matthews' Title VII retaliation claims for demotion and suspension/termination;

    b. The motion is DENIED as to Plaintiff Matthews' Section 1981 retaliation claim based on his alleged demotion brought pursuant to Section 1983;

    c. The motion is GRANTED as to Plaintiff Matthews' Section 1981 retaliation claim based on his suspension/termination brought pursuant to Section 1983;

    d. The motion is GRANTED as to Plaintiff Matthews' retaliation claims based on his alleged demotion and suspension/termination brought under the Equal Protection Clause of the Fourteenth Amendment pursuant to Section 1983;

1

(5) The Motion for Summary Judgment [55] as to Plaintiff Anderson is GRANTED in part and DENIED in part:

    a. The motion is DENIED as to Plaintiff Anderson's Title VII retaliation claim;

    b. The motion is DENIED as to Plaintiff Anderson's Section 1981 retaliation claim brought pursuant to Section 1983;

    c. The motion is GRANTED as to Plaintiff Anderson's retaliation claim based on his alleged demotion brought under the Equal Protection Clause of the Fourteenth Amendment pursuant to Section 1983.

So ORDERED on this, the \_\_\_\_23rd\_\_ day of \_\_\_March_____, 2012.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**